# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17613-AMC

KARENN D LOVE

300 S. 4TH STREET
APT 1
DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KARENN D LOVE

300 S. 4TH STREET
APT 1
DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 10/10/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee