# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-17613-MDC

KARENN D LOVE

300 S. 4TH STREET
APT 1
DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KARENN D LOVE

    300 S. 4TH STREET
    APT 1
    DARBY, PA 19023


Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                /S/ Kenneth E. West

Date: 9/28/2023                                     _____

                                                          Kenneth E. West, Esquire
                                                         Chapter 13 Standing Trustee