Certificate Number: 15111-PAE-DE-038384677

Bankruptcy Case Number: 18-17613



15111 PAE DE 038384677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2024</u>, at <u>1:18</u> o'clock <u>PM EDT</u>, <u>Karenn D. Love</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  April 16, 2024       By:  /s/Hasan Bilal for Ryan McDonough

                            Name:  Ryan McDonough

                            Title:  Executive Director of Education