United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 18-17613-amc

Karenn D. Love                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karenn D. Love, 300 S. 4th Street, Apartment 1, Darby, PA 19023-2842 |
| 14231273 | + | RCN Telecom Services, 100 Baltimore Drive, Wilkes Barre, PA 18702-7955 |
| 14343631 | + | Select Portfolio Servicing, c/o Kevin G McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14240528 | + | US Bank National Association, c/o Andrew L Spivack, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 Jfk Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14241417 | | US Bank National Association, c/o Thomas Song, Esq., 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | May 15 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14231274 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | May 15 2024 23:47:00 | TBOM/CONTFIN, 4550 New Linden Hill Road, #400, Wilmington, DE 19808 |
| 14235249 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | May 15 2024 23:49:56 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14234818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | May 15 2024 23:49:45 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14231265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 15 2024 23:49:58 | Citicards, CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14231266 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | | |
| | | | May 15 2024 23:47:00 | Freedom Credit Union, 626 Jacksonville Road, Ste 250, Warminster, PA 18974-4862 |
| 14231267 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | May 15 2024 23:47:00 | Great Lakes Higher Education, POB 7860, Madison, WI 53707-7860 |
| 14231268 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 15 2024 23:47:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14262829 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 15 2024 23:49:45 | JPMorgan Chase Bank, National Association, et al, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |
| 14231264 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | May 15 2024 23:49:34 | Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 14231269 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | May 15 2024 23:46:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14231270 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | May 15 2024 23:46:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14257720 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
:--|:--|--:
Date Rcvd: May 15, 2024 | Form ID: 138OBJ | Total Noticed: 23

| | | May 15 2024 23:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| 14231271 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | May 15 2024 23:47:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |

| 14231272 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 15 2024 23:47:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

| 14246660 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 15 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |

| 14344230 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | May 15 2024 23:47:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

| 14282052 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | May 15 2024 23:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14245173 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, TBOM/CONTFIN, 4550 New Linden Hill Road, #400, Wilmington, DE 19808 |
| 14245164 | * | Citicards, CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14245165 | *+ | Freedom Credit Union, 626 Jacksonville Road, Ste 250, Warminster, PA 18974-4862 |
| 14245166 | *+ | Great Lakes Higher Education, POB 7860, Madison, WI 53707-7860 |
| 14245167 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14246256 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14245163 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 14245168 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14245169 | *+ | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14245170 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14245171 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14245172 | *+ | RCN Telecom Services, 100 Baltimore Drive, Wilkes Barre, PA 18702-7955 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                        Page 3 of 3
Date Rcvd: May 15, 2024                       Form ID: 138OBJ                                     Total Noticed: 23

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9 bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association  et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9 mfarrington@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Karenn D. Love Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 9

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Karenn D. Love

              Debtor(s)　　　　　　　　　　　Case No: 18−17613−amc

　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/15/24

113 − 104
Form 138OBJ
