# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Karenn D. Love**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-17613 MDC**<br><br>**Chapter 13** |
| **U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9**<br>　　　　　　　　　　**Movant**<br>　　　**vs.** | **Related to Claim No. 6-1** |
| **Karenn D. Love**<br>　　　　　　　　　　**Debtor(s)** | |
| **Kenneth E. West Esq.,**<br>　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 5, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Karenn D. Love
300 South 4th Street, Apartment 1
Darby, PA 19023

<u>Attorney for Debtor(s) (via ECF)</u>
Zachary Perlick, Esq.
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

<u>Trustee (via ECF)</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: <u>May 5, 2023</u>

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com